# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

JEREMY KEITH DAVIS,

                  Plaintiff,

v.                                                                    Case No.: CIV-24-98-JAR

TRUCK RELOCATING SERVICES, LLC
and JACKIE R. POARCH,

                  Defendants.

## NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES

The parties respectfully notify the Court that a settlement has been reached in the above-captioned matter. As the parties are currently working to finalize the Settlement Agreement, they respectfully request this Court execute an Administrative Closing Order allowing the parties sixty (60) days to finalize the settlement and file a Dismissal of Prejudice for all claims. In addition, the parties request that this Court strike all pending deadlines and the Judicial Settlement Conference.

WHEREFORE, the parties respectfully request that the Court enter an Administrative Closing Order and allow the parties sixty (60) days to submit a Stipulated Dismissal With Prejudice.

1

APPROVED:


Dan K. Jones, OBA # 16940
Abby Nathan, OBA # 32477
MILLER JOHNSON JONES
ANTONISSE & WHITE, PLLC
500 N.W. 6th Street, Suite 300
Oklahoma City, Oklahoma 73102
Telephone:    (405) 896-4388
Facsimile:    (405) 609-2995
djones@mjjaw.com
anathan@mjjaw.com
**ATTORNEYS FOR PLAINTIFF**


William T. McKee, OBA # 15305
Austin T. Stiles, OBA # 33922
RHODES, HIERONYMUS, JONES, TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173 – t
(918) 592-3390 – f
bmckee@rhodesokla.com
ajackson@rhodesokla.com
**ATTORNEYS FOR DEFENDANT TRUCK RELOCATING SERVICES**


Charles A. Schreck (w/permission)

Charles A. Schreck, OBA #32863
COX P.L.L.C.
11917 S. Norwood Avenue, Suite 208
Tulsa, Oklahoma 74137
(214) 444-7050 – t
(469) 340-1884 – f
cschreck@coxpllc.com
**ATTORNEY FOR DEFENDANT JACKIE POARCH**

2