# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

JEREMY KEITH DAVIS,

      Plaintiff,

v.

    TRUCK RELOCATING

    SERVICES, LLC,

    TEAM DRIVE-AWAY, INC., and

    JACKIE R. POARCH,

      Defendants.

Case No.: CIV-24-098-JAR

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jeremy Keith Davis and Defendants Truck Relocating Services, LLC, and Jackie R. Poarch, by and through their respective counsel of record, hereby stipulate and agree that all claims asserted in this action are dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED this _20th_ day of April, 2026.

**APPROVED:**

Dan K. Jones, OBA # 16940
Abby Nathan, OBA # 32477
MILLER JOHNSON JONES
ANTONISSE & WHITE, PLLC
500 N.W. 6th Street, Suite 300

1

Oklahoma City, Oklahoma 73102
Telephone: (405) 896-4388
Facsimile: (405) 609-2995
djones@mjjaw.com
anathan@mjjaw.com
**_Attorneys for Plaintiff_**


William T. McKee, OBA # 15305
Austin T. Stiles, OBA # 33922
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
Telephone: (918) 582-1173
Facsimile: (918) 592-3390
bmckee@rhodesokla.com
ajackson@rhodesokla.com
**_Attorneys for Defendants Truck Relocating Services_**


Charles A. Schreck, OBA #32863
COX P.L.L.C.
11917 S. Norwood Avenue, Suite 208
Tulsa, Oklahoma 74137
Telephone: (214) 444-7050
Facsimile: (469) 340-1884
cschreck@coxpllc.com
**_Attorney for Defendant Jackie Poarch_**